**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2012

Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street, Room 755
New York, New York 10007

      Re:    United States v. Peter Madoff
                Docket No. S7 10 Cr. 228 (LTS)

Dear Judge Swain:

      Please find enclosed one additional victim impact statement submitted to the Government.

                                  Respectfully submitted,

                                  Preet Bharara
                                  United States Attorney

              By:    */s/ Wendy Olsen Clancy*
                       Wendy Olsen Clancy
                       Victim Witness Coordinator
                       (212) 637-1028

Enclosures

cc:    Assistant United States Attorneys Lisa Baroni/ Julian Moore, w/attachments
       United States Probation Officer Christopher Ferrall, w/attachments
       Rusty Wing, Esq. (counsel for Peter Madoff), w/attachments

**VICTIM IMPACT STATEMENT**

Victim: S. Werrin
USAO Number: 2009R02082
Court Docket Number: 10-CR-00228

**Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):**

The $250,000 that I invested and sent to Tremont via Securion II was in my mind safe money. I planned to use this investment to fund my grandchildren's college education. The mental and emotional upset of this loss certainly contributed to the excelleration of my type 2 diabetes condition thereby shortening my life expectancy.

S. Rand Werrin
110 Aylesboro Lane
Pittsburgh PA 15217
Dec 13, 2012