| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>SHANGHAI<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY | **DuaneMorris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: erbreslin@duanemorris.com<br><br>www.duanemorris.com | ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO<br>SRI LANKA<br>ALLIANCE WITH<br>GOWERS INTERNATIONAL |

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: DEC 1 7 2014*

December 5, 2014

VIA ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York NY 10007-1312

Re:    <u>United States v. Bonventre, et. al., 10-cr-228 (LTS)</u>

Dear Judge Swain:

Pursuant to the Court's order earlier today, we write to confirm that the Court's list of submissions by Ms. Crupi is accurate and complete, with one exception. As Ms. Yuhas indicated before, Document #1115, dated 7/31/2014, was not submitted on behalf of Ms. Crupi, only Messrs. Perez and O'Hara. Additionally, we wish to remind the Court that Ms. Crupi's sentencing submission (1076, 7/17/2014) was sent to the Court in its un-redacted form by Federal Express on or around July 11, 2014. We thank the Court for its courtesies.

Respectfully Submitted,

/s/
Eric R. Breslin

*The submission was reviewed in unredacted form.*

cc:    All counsel (*via ECF*)

**SO ORDERED:**

/s/ 12/17/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE