UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,              No. 10CR0228-LTS

-against-

DANIEL BONVENTRE,
ANNETTE BONGIORNO,
JOANN CRUPI,
JEROME O'HARA &
GEORGE PEREZ

                    Defendants.

ORDER REGARDING SUBMISSIONS CONSIDERED IN CONNECTION
WITH SENTENCINGS OF ABOVE-CAPTIONED DEFENDANTS

       The attached Schedule A – Revised lists all of the submissions that were considered in connection with the December 8, 9, 10 and 15, 2014, sentencings of the above-captioned Defendants.

       SO ORDERED.

Dated: New York, New York
       December 18, 2014

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge

## SCHEDULE A – REVISED

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 2/13/14 | 688 | Bonventre | First Letter Motion re: Rule 29 Judgment of Acquittal on Counts 4-5 & 20-24 | |
| 2/17/14 | 715 | Bonventre | Reply re: First Letter Motion re: Rule 29 Judgment of Acquittal on Counts 4-5 & 20-24 | |
| 2/17/14 | 716 | Bonventre | Supplemental letter re: clarification sought in Rule 29 Motions | |
| 2/17/14 | 719 | Bonventre | Motion for acquittal on balance of counts | |
| 4/15/14 | 970 | Bongiorno | Letter re: post-trial motions, moving for dismissal of all counts pursuant to Rule 29(c) | 1 & 2 |
| 4/15/14 | 971 | Crupi | Memo in Support of Rule 33 motion for new trial | |
| 4/15/14 | 972 | Crupi | Memo in Support of Rule 29(c) motion for acquittal | |
| 4/16/14 | 976 | Bonventre | Memo in Support of Motion for acquittal under Rule 29 or for a new trial under Rule 33 | |
| 4/16/14 | 977 | Perez | Memo in Support of Motions for new trial (Rule 33) and judgment of acquittal (Rule 29) | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 4/16/14 | 980 | O'Hara | Memo in Support of motions for acquittal (Rule 29) or new trial (Rule 33) | |
| 5/16/14 | 994 | USA | Memo in Opposition to Defendants' motions for acquittal and new trial | |
| 6/6/14 | 1006 | Perez | Reply Memo in Support of Motions for new trial (Rule 33) and judgment of acquittal (Rule 29) | |
| 6/13/14 | 1011 | Crupi | Reply Memo in Support of Rule 29(c) motion for acquittal | |
| 6/13/14 | 1012 | Crupi | Reply Memo in Support of Rule 33 motion for new trial | |
| 6/13/14 | 1013 | O'Hara | Reply Memo in Support of motions for acquittal (Rule 29) or new trial (Rule 33) | A & B |
| 6/13/14 | 1015 | Bonventre | Reply Memo in Support of Motion for acquittal under Rule 29 or for a new trial under Rule 33 | |
| 6/23/14 | 1029 | Bonventre | Letter re: Forfeiture Proceedings | |
| 6/25/14 | | Bongiorno | Letter re: objections to PSR disclosed 6/13/14 | |
| 6/25/14 | 1033 | USA | Letter re: Proposed Forfeiture Orders, procedures for addressing forfeiture issues | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 6/26/14 |  | Crupi | Letter re: objections to PSR |  |
| 7/1/14 | 1044 | Bonventre | Letter re: Order in SDNY case relevant to post-trial submissions |  |
| 7/2/14 | 1050, 1050-1 | USA | Cover Letter/Proposed Forfeiture Order for Perez | 1050-2: Roberts Decl. as to Perez |
| 7/2/14 | 1045, 1045-1 | USA | Cover Letter/Proposed Forfeiture Order for Crupi | 1045-2: Roberts Decl. as to Crupi |
| 7/2/14 | 1045, 1045-3 | USA | Cover Letter/Proposed Forfeiture Order for O'Hara | 1045-4: Roberts Decl. as to O'Hara |
| 7/2/14 | 1042, 1042-1, 1042-2 | USA | Cover Letter/Proposed Forfeiture Order for Bonventre | 1042-2: Roberts Decl. as to Bonventre |
| 7/2/14 | 1042, 1042-3, 1042-4 | USA | Cover Letter/Proposed Forfeiture Order for Bongiorno | 1042-4: Roberts Decl. as to Bongiorno |
| 7/8/14 | 1053 | Perez | Letter re: objections to PSR disclosed 7/2/14 |  |
| 7/9/14 | 1054/ 1055 | Bongiorno | Sentencing Memo | A-DD |
| 7/9/14 | 1056 | Bonventre | Sentencing Memo | 1-66 |
| 7/10/14 | 1058 | Bonventre | Letter re: sentencing |  |
| 7/11/14 | 1059 | O'Hara | Sentencing Memo | A-C; Exhibit A: Letter re: objections to PSR disclosed 7/2/14; Exhibit C: letters in support of O'Hara |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/11/14 | 1064 | Perez | Sentencing Submission | *Includes DVD that accompanies sentencing letter of one of Mr. Perez's daughters.  Letter filed on 7/23/14 (Docket Entry No. 1092) indicates that no transcript will be filed because DVD contains no audio other than music |
| 7/14/14 | 1067 | Bonventre | Letter re: objections to PSR disclosed 6/11/2014 | |
| 7/14/14 | 1068 | Perez | Sentencing Letters in Support of Perez | |
| 7/17/14 | 1076 | Crupi | Sentencing Memo | A-F; *Exhibit D consists of DVD that was provided to chambers on 7/11/14 |
| 7/17/14 | 1077 | Crupi | Sentencing Letter | A-E, Bowen Affidavit |
| 7/17/14 | 1078 | Perez | Memo in Opposition to Preliminary Forfeiture Order | Krantz Declaration re: forfeiture |
| 7/17/14 | 1079 | Bongiorno | Letter re: Opposition to Preliminary Forfeiture Order | Rudy Bongiorno Declaration re: assets and forfeiture |
| 7/17/14 | 1080 | Bonventre | Letter re: Opposition to Preliminary Forfeiture Order | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/17/14 | 1081 | O'Hara (filed jointly on behalf of all defendants) | Memo in Opposition to Preliminary Forfeiture Orders | |
| 7/21/14 | 1083 | USA | Reply Memo re: Preliminary Forfeiture Order | A: Supp. Roberts Dec.; B: Greenblatt Dec. |
| 7/21/14 | 1083-3 | USA | Revised Proposed Forfeiture Order: Bongiorno | Attached as Exhibit C |
| 7/21/14 | 1083-4 | USA | Revised Proposed Forfeiture Order: Crupi | Attached as Exhibit D |
| 7/22/14 | 1086 | USA | Letter re: Victim Impact Statements and Corrected Sentencing Memo | |
| 7/22/14 | 1087 | USA | Corrected Sentencing Memo | |
| 7/22/14 | 1088 | USA | Supplemental Sentencing Submission - Victim Impact Statement Letters | Parts 1-8: Victim Impact Statements |
| 7/25/14 | 1097 | Bongiorno | Reply Memo - Sentencing | A-E |
| 7/25/14 | 1099 | Crupi | Reply Memo - Sentencing | A-E |
| 7/25/14 | 1100 | Bongiorno | Sentencing Letter | Attachment 1: 7/21/14 letter from Bongiorno |
| 7/25/14 | 1101 | Perez | Reply Memo - Sentencing | |
| 7/25/14 | 1103 | Bonventre | Reply Memo - Sentencing | A-C |
| 7/26/14 | 1105 | O'Hara | Reply Memo - Sentencing | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 7/28/14 | 1111 | USA | Letter re: Agenda for Pre-Sentencing Hearing on 7/29/14 | |
| 7/29/14 | 1112 | O'Hara | Endorsed 7/24/14 Letter re: Supplemental Sentencing Materials (additional letters and photographs) | A-B |
| 7/29/14 | 1114 | Perez | Letter re: Government's 7/28/14 Letter on Forfeiture Hearings | |
| 7/31/14 | 1115 | Submitted by Perez on behalf of Perez and O'Hara, brief authored by Amici (Professor Bruce Green, Fordham Law School, Counsel of Record) | Motion for Leave to File Amicus brief (brief accepted into record at 7/29/14 conference); Amicus brief "Of Professors and Practitioners as Amici in Support of Defendants" | Appendix 1: Amicus brief "Of Professors and Practitioners as Amici in Support of Defendants" |
| 8/20/14 | 1124 | USA | Supplemental Memo in Connection with Sentencing (largely forfeiture) | A-F |
| 8/20/14 | 1124-1, 1124-2 | USA | Superseding Roberts Declaration re: tracing of Madoff Securities funds for purposes of forfeiture | (Ex. A to Entry No. 1124) |
| 9/12/14 | 1127/ 1138 | Crupi | Objections to Government's Supplemental Forfeiture and Sentencing Submissions | 1-7; Ex. 1 – Bowen Affidavit |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 9/12/14 | 1128/ 1142 | Perez | Supplemental Memo in Opposition to Government's Preliminary Forfeiture Order | A-B |
| 9/12/14 | 1130 | Bongiorno | Supplemental Sentencing Memo | Docket Entry 1131: Riopelle Declaration with Exs A-C |
| 9/13/14 | 1133/ 1141 | O'Hara | Opposition to Government's Supplemental Sentencing Memo | |
| 9/13/14 | 1134/ 1144 | Bonventre | Opposition to Government's Supplemental Sentencing Memo | |
| 9/16/14 | 1140 | Crupi | Declaration of Eric R. Breslin re: Crupi's Supplemental Submission (excerpts from Crupi notepad, handwritten notes, article on incarcerated mothers) | A-D |
| 9/17/14 | 1146 | Bonventre | Sentencing Letter in support of Daniel Bonventre by Roxanne Scemla | |
| 9/17/14 | 1135/ 1143 | Bonventre | Declaration of Daniel Bonventre in Opposition to Government's Supplemental Memo | Exhibit A |
| 9/19/14 | 1149 | Perez, on behalf of all Defendants | Letter re: request for forfeiture oral argument, format and procedures for forfeiture hearing | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 9/19/14 | 1150 | USA | Letter re: Government's prima facie case for forfeiture with respect to each defendant | |
| 9/21/14 | 1151 | Crupi, on behalf of all Defendants | Response to Government letter on forfeiture, procedures for forfeiture hearing | |
| 9/25/14 | 1154 | USA | Supplemental Reply Memo in Connection with Sentencing | Exhibit C: Revised Crupi Preliminary Forfeiture Order |
| 9/26/14 | 1155 | Bonventre | Letter re: Reconsideration of application of reading of victim impact statement | |
| 9/30/14 | 1162 | Bonventre | Letter on forfeiture proceedings | |
| 10/1/14 | 1163 | USA | Revised Forfeiture Order re: Crupi | Exhibit A: Revised Crupi Preliminary Forfeiture Order |
| 10/6/14 | 1165 | Crupi | Letter Reply to Revised Forfeiture Order | |
| 10/6/14 | 1167 | O'Hara & Perez | Declaration of Larry Krantz - Supplemental Forfeiture Submission | Exhibits 1-3 |
| 10/6/14 | 1168 | Bonventre | Letter: Supplemental Forfeiture Submission re: timing of Bonventre's knowledge/conscious avoidance of fraud | |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 10/7/14 | 1170 | O'Hara & Perez | Second Declaration of Larry Krantz - Supplemental Forfeiture Submission re: conversation between Madoff, DiPascali, Perez & O'Hara about discomfort with work on certain projects | A-D |
| 10/8/14 | 1172 | O'Hara & Perez | Letter - Supplemental Submission on Forfeiture | Email correspondence between Larry Krantz and Bernie Madoff re: conversation between Madoff, DiPascali, Perez & O'Hara about discomfort with work on certain projects |
| 10/10/14 | 1173 | USA | Letter - Response to Defendants' Supplemental Forfeiture Submissions, factual arguments on forfeiture liability | |
| 10/20/14 | 1176 | USA (all parties jointly) | Agenda for 10/27/14 Forfeiture hearing | |
| 11/3/14 | 1182 | USA | Letter in response to questions raised by Court at forfeiture hearing, plus additional argument on other issues (703 account; 18 U.S.C. § 982 and bank fraud; Crupi and Bongiorno proffer sessions) | A-H and revised proposed orders of forfeiture (most up to date) |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 11/4/14 | 1183 | Crupi | Letter in response to Government Letter (1182), asking that it be disregarded or that defendant be allowed to submit response | |
| 11/4/14 | 1184 | Bonventre | Letter in response to Government Letter (1182), asking that it be disregarded or that defendant be allowed to submit response | |
| 11/5/14 | 1189 | USA | Memoranda of Bongiorno and Crupi proffer session materials | |
| 11/10/14 | 1192 | Crupi | Letter in response to Government Letter (1182): Crupi proffer session statements, 18 U.S. C. § 982, 703 account | 1-2 |
| 11/10/14 | 1193 | Bongiorno | Letter in response to Government Letter (1182): Bongiorno's proffer session statements | |
| 11/14/14 | 1194 | Bonventre | Letter in response to Government Letter (1182): 703 account, bank fraud forfeiture | 1-2, Florio Declaration on whether inference of fraud/Ponzi Scheme could be drawn from looking at 703 Account Statements |

| DATE FILED | DOCKET # | PARTY | DOCUMENT | EXHIBITS |
|---|---|---|---|---|
| 12/2/14 | 1202 | USA | Letter re: additional victim impact statements and absence of requests to speak at sentencings | |
| 12/2/14 | 1203 | Bonventre | Letter re: application for stay of forfeiture and bail pending appeal | |