Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 9 2015

Caption:

United States v.

Joanne Crupi

10-CR-228(LTS)

Docket No.: 15-0050

Judge Laura Taylor Swain
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on **December 23, 2014**
(date)

This appeal concerns: Conviction only |___|   Sentence only |✓|   Conviction & Sentence |___|   Other |___|

Defendant found guilty by plea |___|   trial |✓|   N/A |___|

Offense occurred after November 1, 1987?  Yes |✓|   No |___|   N/A |___|

Date of sentence: **12/15/2014**   N/A |___|

Bail/Jail Disposition: Committed |___|   Not committed |✓|   N/A |___|

Appellant is represented by counsel? Yes |✓|   No |___|   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Eric Breslin, Esq. |
| Counsel's Address: | Duane Morris, LLP -- One Riverfront Plaza, Suite 1800 |
| | Newark, NJ 07102 |
| Counsel's Phone: | 973-424-2000 |
| Assistant U.S. Attorney: | AUSA Randall W. Jackson |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1029 |

Randall W. Jackson
Digitally signed by Randall W. Jackson
DN: cn=Randall W. Jackson, o=USAO - SDNY, ou=DOJ, email=randall.jackson@usdoj.gov, c=US
Date: 2015.01.09 13:46:46 -05'00'

Signature