

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* erbreslin@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

March 2, 2015

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

> **Re:     United States v. Crupi, 10-cr-228 (LTS)**

Dear Judge Swain:

We write on the issue of the removal of Ms. Crupi's ankle bracelet.  Ms. Crupi's surrender date is scheduled for March 9th and in order to reach Alderson in time and in good order, she will need to have the bracelet removed on March 8th.  We understand that Pre-trial Services has no objection, but has advised Ms. Crupi that Your Honor must order this and so we ask now that you do so.

As always, we appreciate the Court's consideration.

Respectfully submitted,

/s/ Eric R. Breslin_____

Eric R. Breslin

cc:     All counsel (*via ECF*)