**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2015

**BY ECF AND HAND DELIVERY**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

    Re:    *United States* v. *JoAnn Crupi*
               No. S10 10 Cr. 228 (LTS)

              *United States* v. *JoAnn Crupi et al.*
              10 Civ. 4857 (LTS)

Dear Judge Swain:

      The Government writes to respectfully request that the Court approve the attached stipulation regarding the criminal and civil forfeitures involving defendant JoAnn Crupi and her spouse Judith G. Bowen. This stipulation will resolve all criminal and civil forfeiture issues remaining before this Court as to Crupi and Bowen.

      Thank you for your consideration of this request.

                                                 Respectfully submitted,

                                                 /s/ Paul M. Monteleoni
                                                 PAUL M. MONTELEONI
                                                 Assistant United States Attorney
                                                 Tel.: (212) 637-2219

cc:    Counsel of Record (by ECF)