

| | | |
|---|---|---|
| NEW YORK | **FIRM and AFFILIATE OFFICES** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO AND SRI LANKA |

June 11, 2019

VIA ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>United States v. Crupi, 10-cr-228 (LTS)</u>

Dear Judge Swain:

      We are the attorneys for JoAnn Crupi. We write to request a further modification in Ms. Crupi's status from home detention to a curfew to be administered by Probation.

      We have conferred with Assistant United States Attorney David Abramowicz and he has authorized me to represent to the Court that the government will defer to Probation on this application.

      I have also spoken to Senior United States Probation Officer Jessica Alberts who has advised me that she will make her position known to the Court directly.

                                       Respectfully submitted,

                                       /s/ Eric R. Breslin
                                       Eric R. Breslin

cc: All counsel of record (via ECF)