UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JO ANN CRUPI,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  No. 1:10-cr-00228-LTS<br>:<br>:<br>:<br>: |

### **NOTICE OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

**To:** David Abramowicz, AUSA
United States Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007
DAbramowicz@usa.doj.gov

**PLEASE TAKE NOTICE** that Defendant Jo Ann Crupi, by and through her attorneys Duane Morris LLP, at a time and place to be set by the Court, will move before the Honorable Laura Taylor Swain, United States District Court for the Southern District of New York, for an Order modifying the terms of Ms. Crupi's sentence and releasing her from the remaining term of her supervised release.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Ms. Crupi shall rely on the Declaration of Jo Ann Crupi, the Declaration of Eric R. Breslin, Esq., and the memorandum of law, filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a hearing and oral argument are requested.

Dated: May 29, 2020

          **DUANE MORRIS LLP**
          **A Delaware Limited Liability Partnership**

By:   /s/ Eric R. Breslin
      Eric R. Breslin
      Sarah Fehm Stewart
      One Riverfront Plaza
      1037 Raymond Blvd., Suite 1800
      Newark, NJ 07102-5429
      Telephone: (973) 424-2000
      Fax: (973) 424-2001
      *Attorneys for Defendant*