UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                No.  10-CR-228-LTS-5

JOANN CRUPI,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Joann Crupi's motion for early termination of supervised release, dated June 1, 2020.  (Docket Entry No. 1547.)  The Government is directed to file any opposition to the motion by **June 15, 2020**.  Defendant's reply, if any, is due by **June 22, 2020**.  The Probation Department is directed to provide its response to Ms. Crupi's request to the Court and counsel by **June 15, 2020**.

       SO ORDERED.

Dated: New York, New York
       June 1, 2020

                                                                                                    __/s/ Laura Taylor Swain_____
                                                                                                    LAURA TAYLOR SWAIN
                                                                                                     United States District Judge