Joann Crupi                                    4                              60211 - EW
Docket Number: 1:10CR00228-5



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the District of New Jersey APPROVED

[ ]   Transfer of Jurisdiction to the District of New Jersey DENIED

[ ]   Other

_____
_____
_____
_____

                                                      /s/ Laura Taylor Swain
                                                      Honorable Laura Taylor Swain
                                                      U.S. District Judge

                                                       November 5, 2020
                                                      Date