

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>SHANGHAI<br>TAIWAN<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY | *FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

May 11, 2021

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

      **Re:** **United States v. Crupi, 10-cr-228 (LTS)**

Dear Judge Swain:

      We are the attorneys for JoAnn Crupi.

      We write to request permission for Ms. Crupi to accompany her son Timothy and the rest of her family to look at possible colleges choices in San Diego, California from July 24th to July 31, 2021. The importance of such a parent-child trip is self-evident, but it will require Ms. Crupi to leave New Jersey.  Should the Court wish, an itinerary can be provided.

      I have discussed this issue with AUSA Abramowicz and he has indicated that the government has no objection to this trip.  We have been informed that Probation does not object to this trip, but wishes to have it clarified that the days Ms. Crupi is travelling will not be counted against the number of days she must be on supervised release.  Ms. Crupi consents to this condition.

                                                          Respectfully,

                                                        */s/ Eric R. Breslin*
                                                        Eric R. Breslin

ERB:dc
All Counsel of Record (Via ECF)

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP                    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800              PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
H:\10009599_1.doc