UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                                                                                       No. 10-CR-228-LTS

JOANN CRUPI,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant Joann Crupi's second motion for early termination of her supervised release term. (Docket entry no. 1565.) The Court transferred jurisdiction of Ms. Crupi's supervised release to the United States District Court for the District of New Jersey effective November 9, 2021. (Docket entry no. 1564.) Therefore, Defendant's second motion for early termination of supervised release is denied without prejudice to renewal in the court with jurisdiction of Ms. Crupi's supervised release. See 18 U.S.C. § 3605; United States v. El Herman, 971 F.3d 784, 786 (8th Cir. 2020) ("Once the transfer is effected, the transferor court no longer has jurisdiction to exercise the powers that may be exercised by the transferee court. . . . Those powers include authority relating to supervised release . . .").

This Order resolved docket entry no. 1565.

       SO ORDERED.

Dated: New York, New York
           January 28, 2022

                                                                           /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             Chief United States District Judge